IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF DELAWARE

| | | |
|---|---|---|
| NORTH CHINA SHIPPING LIMITED, | : | Civil Action |
| a foreign corporation | : | |
| Plaintiff, | : | |
| v. | : | |
| GLORY WEALTH SHIPPING PTE. LTD. | : | |
| a foreign corporation | : | |
| Defendant. | : | |

**UNSWORN DECLARATION IN SUPPORT OF ATTACHMENT AND ORDER APPOINTING PERSONS TO SERVE PROCESS**

   I am an associate with the firm of Hollstein Keating Cattell Johnson & Goldstein PC counsel for the Plaintiff, in this matter. I make this declaration pursuant to and in compliance with Supplemental Admiralty Rule B.

   I verify that, to the best of my information and belief, Defendant Glory Wealth Shipping Pte. Ltd. cannot be found within the District of Delaware. As counsel for Plaintiff, I have checked the on-line telephone directory for the State of Delaware, have checked with the Delaware Secretary of State on-line corporate director, and have checked the available web sites for the Defendant and have found no references to existence of an office, telephone, mail drop or resident agent for service of process for this Defendant within the State of Delaware.

Based upon the facts set forth in the Verified Complaint, I respectfully submit that the Defendant has debts, assets and monies, funds, credit accounts, or tangible or intangible property which is located within this district, specifically, an interest in $3,303,815.61 in a maritime holdover account located at HSBC Bank U.S.A. N.A. in New Castle, DE.

This declaration is also made in support of Plaintiff's application for an Order to appoint a person at least 18 years of age and not a party to this action, employed with or appointed by the attorneys for Plaintiff, to serve the Order and Process of Maritime Attachment and Garnishment on HSBC Bank USA, N.A. or any other garnishee subsequently identified. Permitting persons to serve process will result in a material savings in process and travel expenses.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct. Executed on: June 17, 2010.

_____
Josette Ferrazza Spivak